**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000652
16-MAY-2022
07:48 AM
Dkt. 218 OAWST**

NOS. CAAP-17-0000652 AND CAAP-18-0000463

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GEMCAP LENDING I, LLC, Plaintiff-Counterclaim Defendant-Appellee, v. TRENT A. BATEMAN and LISA J. BATEMAN, INDIVIDUALLY AND AS CO-TRUSTEES OF (1) THE TRENT A. BATEMAN TRUST DATED JANUARY 28, 2013 AND (2) THE LISA J. BATEMAN TRUST DATED JANUARY 28, 2013; MOUNTAIN THUNDER COFFEE PLANTATION INT'L INC.; Defendants-Cross Claim Defendants-Counterclaimants-Appellants, and NATURESCAPE HOLDING GROUP INT'L, INC.; and BROOKE DECKER, Defendants-Counterclaimants-Appellants, and FINANCE FACTORS LIMITED, Defendant-Counterclaimant-Cross Claim Plaintiff-Appellee, and NEW CENTURY MORTGAGE CORPORATION; and KONA'S BEST NATURAL COFFEE, LLC, Defendants-Cross Claim Defendants-Appellees, and NAN E LLC; JOHN DOES 1-5; JANE DOES 1-5, Defendants-Appellees and RICHARD ELLIS; DAVID ELLIS; JOHN TROWBRIDGE; and DOES 1-50, Additional Counterclaim Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 15-1-428K)

ORDER APPROVING STIPULATION DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Amended Stipulation and Order Dismissing Appeal (**Stipulation**), filed May 11, 2022, by Plaintiff-Counterclaim Defendant-Appellee GemCap Lending I, LLC, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; (3) the Stipulation is dated and signed by counsel for all parties

appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).[1]

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, May 16, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge

---

[1] We note that we received notice that bankruptcy proceedings concerning Defendants-Cross Claim Defendants-Counterclaimants-Appellants Mountain Thunder Coffee Plantation Int'l Inc. and Trent Bateman, and Defendant-Counterclaimant-Appellant Naturescape Holding Group Int'l Inc. have been closed pursuant to final decrees entered in each of those proceedings.